925 P.2d 373

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Pammer | 17842 | 9/04/96 | Affirmed |
| State v. Green | 18234 | 9/06/96 | Affirmed |
| Husen v. Husen | 17947 | 9/06/96 | Affirmed |
| Outrigger Canoe Club; Tax Appeal of | 18897 | 9/06/96 | Affirmed |
| Shaffer v. State | 17881 | 9/06/96 | Affirmed |
| Asprer v. USAA Cas. Ins. Co. | 18221 | 9/10/96 | Remanded |
| Hata v. Sekiguchi | 16986 | 9/11/96 | Affirmed in part, Vacated and Remanded |
| Hall v. Office of Environmental Quality Control | 19514 | 9/12/96 | Affirmed |
| State v. Easton | 18840, 18841, 18858, 18859, 18863, 19010, 19053, 19081 & 19243 | 9/12/96 | Remanded |
| State v. McCallum | 17450 | 9/16/96 | Vacated and Remanded |
| Kaaihue v. Columbia Ladder Co. | 18059 | 9/17/96 | Vacated and Remanded |
| State v. Wise | 17784 | 9/17/96 | Affirmed in part, Vacated and Remanded |
| Dep't of Human Services v. Goo | 19309 | 9/18/96 | Affirmed |
| Salanoa v. Hawaiian Bitumuls & Paving Co. | 18594 | 9/26/96 | Affirmed |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| AIG Hawai'i Ins. Co., Inc. v. Bateman; Vicente v. Corpuz | 19616 | 9/27/96 | Amending, Granted in part | 82 Hawai'i 453, 923 P.2d 395 |